IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:05CR252 |
| vs. | ) ) | ORDER |
| JACKIE GARCIA, | ) ) | |
| Defendant. | ) ) | |

    Before the court is Attorney Michael D. Gooch's Motion to Withdraw [27] as counsel for the defendant due to a conflict of interest. On July 7, 2005, Attorney Joseph F. Gross was appointed by the court. For that reason, the Motion to Withdraw [27] will be granted and Mr. Gooch will be deemed withdrawn as attorney of record.

    IT IS SO ORDERED.

    DATED this 11th day of July, 2005.

                                                             BY THE COURT:

                                                             s/ F. A. Gossett
                                                             U.S. Magistrate Judge